SIX REALTY COMPANY, INC., Respondent, *v.* IRVING O'MELIA et al., Appellants.

Submitted April 16, 1940; decided May 21, 1940.

*C. Elmer Spedick* and *Arthur L. Reuter* for appellants.
*David M. Engelson* and *Hyman M. Resnick* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.